ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 14 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA        §
                                §
v.                              §        Criminal No. 3:07-CR-237-L
                                §
PAUL SCOTT CROW (1)             §

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Paul Scott Crow by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir.

1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to

Count One of the Indictment. After cautioning and examining Paul Scott Crow under oath

concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was

knowledgeable and voluntary and that the offense charged is supported by an independent basis in

fact containing each of the essential elements of such offense. I therefore recommend that the plea

of guilty be accepted, and that Paul Scott Crow be adjudged guilty and have sentence imposed

accordingly.

Date:   February 14, 2008

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).